AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

**FILED**
Feb 11 2026
Clerk, U.S. District Court
Western District of Texas

By: ___MG___
Deputy

**USA**

vs.

**(1) ALEJANDRO GOMEZ-GOMEZ**

§
§ CRIMINAL COMPLAINT
§ CASE NUMBER: **EP:26-M -00790(1) ATB**
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 10, 2026** in **Hudspeth** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, Count I: 8 USC 1326(a)(1) Re-Entry of Removed Aliens.

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *" In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and "*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/S/ ESPARZA, ERIC
Signature of Complainant
Border Patrol Agent

February 11, 2026
File Date

at EL PASO, Texas
City and State

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

**OATH TELEPHONICALLY SWORN AT 01:16 P.M.**
**FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:26-M -00790(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) ALEJANDRO GOMEZ-GOMEZ**

*FACTS   (CONTINUED)*

557.

The DEFENDANT, Alejandro GOMEZ-Gomez, an alien to the United States and a citizen of Mexico was found approximately 11.6 miles west of the Fort Hancock Port of Entry in Fort Hancock, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on 12/31/2025 through the Paso Del Norte Bridge in El Paso, Texas.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

IMMIGRATION HISTORY:

**The DEFENDANT has been deported 1 time(s), the last one being to MEXICO on December 31, 2025, through PASO DEL NORTE, TX, BRIDGE**

CRIMINAL HISTORY:

**12/29/2025, EL PASO, TEXAS, IMPROPER ENTRY BY AN ALIEN(M), CNV, 6 DAYS JAIL.**
**12/29/2025, EL PASO, TEXAS, PROHIBITS WILLFUL VIOLATION OF DEFENSE PROPERTY SECURITY REGULATION(M), CNV, 6 DAYS JAIL.**
**12/29/2025, EL PASO, TEXAS, ENTRY OF MILITARY PROPERTY FOR ANY PURPOSE PROHIBITED BY LAW(M), CNV, 6 DAYS JAIL.**